# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Myles D. Ranier
Broussard Knoll Law Firm
1301 Common Street
Lake Charles LA 70601

Elizabeth Livingston de Calderon
Earth Justice
900 Camp St., Ste. 303
New Orleans LA 70130

Michael L. Brown
Earth Justice
900 Camp St., Ste 303
New Orleans LA 70130

Bridgett C. McCoy
Earth Justice
900 Camp St., Ste. 303
New Orleans LA 70130

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 6, 2026

## REHEARING ACTION: May 6, 2026

**Docket Number: 25   00552-CA consolidated with 551-CA**

**HEALTHY GULF, ET AL.**
**VERSUS**
**SECRETARY, LOUISIANA DEPARTMENT OF**
**NATURAL RESOURCES**

**Appealed from Cameron Parish Case No. 1021077, c/w 1021076**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Charles G. Fitzgerald**
    **Hon. Gary J. Ortego**
    **Hon. Clayton Davis**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Healthy Gulf, et al.** has this day been

    **DENIED.**

cc: Maureen Noonan Harbourt, Counsel for the Appellee
   Troy John Charpentier, Counsel for the Appellee
   Pamela Roman Mascari, Counsel for the Appellee
   Lauren J. Rucinski, Counsel for the Appellee
   Tod J. Everage, Counsel for the Appellee
   David Alexander Peterson, Counsel for the Appellee
   J. Blake Canfield, Counsel for the Appellee
   Morgan D. Rogers, Counsel for the Appellee